AO 467 (Rev. 01/09) Order Requiring a Defendant to Appear in the District Where Charges are Pending and Transferring Bail

# UNITED STATES DISTRICT COURT
for the
Northern District of California

FILED
FEB 24 2010
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
OAKLAND

| United States of America | ) | Case No.   4-10-70133 MAG |
| v. | ) | |
| | ) | |
| Willie Jesus LeBlanc | ) | Charging District:   Western District of Michigan |
| | ) | |
| Defendant | ) | Charging District's Case No.   1:09-CR-45 |

## ORDER REQUIRING A DEFENDANT TO APPEAR IN THE DISTRICT
## WHERE CHARGES ARE PENDING AND TRANSFERRING BAIL

After a hearing in this court, the defendant is released from custody and ordered to appear in the district court where the charges are pending to answer those charges. If the time to appear in that court has not yet been set, the defendant must appear when notified to do so. Otherwise, the time and place to appear in that court are:

| Place: Western District of Michigan<br>580 Federal Building<br>1110 Michigan Street, NW<br>Grand Rapids, MI 49503 | Courtroom No.: Magistrate Judge Brenneman |
| | Date and Time: March 22, 2010 at 2:00 p.m. |

The clerk is ordered to transfer any bail deposited in the registry of this court to the clerk of the court where the charges are pending.

Date:   Feb 24, 2010

_Judge's signature_

Laurel Beeler, Magistrate Judge
_Printed name and title_